ACCEPTED
04-15-00409-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/23/2015 12:42:35 PM
KEITH HOTTLE
CLERK

# THE DISTRICT COURTS OF BEXAR COUNTY



BEXAR COUNTY COURTHOUSE
100 DOLOROSA
SAN ANTONIO, TEXAS 78205

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/23/2015 12:42:35 PM

KEITH E. HOTTLE
Clerk

July 23, 2015

Mr. Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205

RE: Case No. 04-15-00409-CV
Larry Dean Davis vs. Ann-Marie Roberts-Davis
Trial Court No. 2012-CI-10500
Ann-Marie Roberts-Davis vs. Larry Dean Davis
Filed in the 166th District Court

Dear Mr. Hottle:

Enclosed is a courtesy copy of the Order Sustaining Contests to Affidavit of Indigency to Pay Costs on Appeal Filed by Larry Dean Davis and Ordering Larry Dean Davis to Pay All Costs of Appeal.

Thank-you for your assistance with this matter.

Very truly yours,

Dinah Gaines
Chief Staff Attorney
Bexar County Civil District Courts

DG
Copies to: Mr. Hector E. Mendez
Mr. Larry Dean Davis

OFFICE OF STAFF ATTORNEY • PHONE (210) 335-2123 • FAX (210) 335-1108

| ANN-MARIE ROBERTS-DAVIS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS | ) | 166TH JUDICIAL DISTRICT |
| | ) | |
| LARRY DEAN DAVIS | ) | BEXAR COUNTY, TEXAS |

**ORDER SUSTAINING CONTESTS TO
AFFIDAVIT OF INDIGENCY TO PAY COSTS ON APPEAL
FILED BY LARRY DEAN DAVIS AND ORDERING
LARRY DEAN DAVIS TO PAY ALL COSTS OF APPEAL**

On July 23, 2015, the Court considered the Affidavit of Indigency on appeal filed herein by Appellant, LARRY DEAN DAVIS, the Contest to the Affidavit of Indigency filed herein by DONNA KAY MCKINNEY, the Bexar County District Clerk, MARY BERRY, Official Court Reporter for the 285th District Court, BROOKE WAGNER, Official Court Reporter for County Court at Law No. 10 and ERMINIA UVIEDO, Auxiliary Court Reporter and all other officers, court reporters and any other person or entity who may be entitled to fees or costs of Court, and the Petitioner's Contest to Appellant's Affidavit of Indigency or Inability to Pay Court Costs.

Appellant, LARRY DEAN DAVIS, appeared in person pro se and announced ready.

Contestants, DONNA KAY MCKINNEY, Bexar County District Clerk, MARY BERRY, Official Court Reporter for the 285th District Court, BROOKE WAGNER, Official Court Reporter for County Court at Law No. 10 and ERMINIA UVIEDO, Auxiliary Court Reporter and all other officers, court reporters and any other person or entity who may be entitled to fees or costs of Court appeared through DINAH GAINES, Chief Staff Attorney for the Bexar County Civil District Courts, and announced ready.

1

Petitioner, ANN-MARIE ROBERTS-DAVIS, appeared ~~in person and~~ through counsel of record, HECTOR E. MENDEZ.

A record of the proceeding was made by _Craig Carter_, Official Court Reporter for the _408th_ District Court.

After considering the Affidavit of Indigency, the contests filed thereto, the evidence presented and the argument of counsel and the Pro Se party, the Court finds that LARRY DEAN DAVIS is not indigent, is able to afford costs on appeal, is not entitled to a free record on appeal, is not entitled to a free reporter's record on appeal, and the contests to the Affidavit of Indigency are sustained.

IT IS THEREFORE ORDERED that the contests to the Affidavit of Indigency are sustained. IT IS FURTHER ORDERED that LARRY DEAN DAVIS shall pay all costs on appeal including, but not limited to, the costs charged by the Bexar County District Clerk for preparation of the appellate record and fees charged by MARY BERRY, BROOKE WAGNER, ERMINIA UVIEDO and any other court reporter providing a reporter's record on appeal.

SIGNED _7.23.15_

_____
JUDGE PRESIDING

2

APPROVED AS TO FORM:

DINAH GAINES – SBN 07570700
CHIEF STAFF ATTORNEY
BEXAR COUNTY CIVIL DISTRICT COURTS
100 Dolorosa
San Antonio, Texas 78205
Tel. (210) 335-1107
FAX (210) 35-1108
ATTORNEY FOR CONTESTANTS

HECTOR E. MENDEZ – SBN 13932950
ATTORNEY FOR PETITIONER
212 Losoya Street
San Antonio, Texas 78205
Tel. (210) 224-4081
FAX (210) 224-4113

LARRY DEAN DAVIS, APPELLANT

3